MCF                                                    Attorney No.: 41424

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JERRY LUNN, Personal Representative of the Estate of KATIE ANN LUNN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 10-CV-2753 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,  and CANADIAN NATIONAL RAILWAY | ) ) ) ) | |
| Respondents. | ) | |

# ATTACHMENT 1

#02329   TAD/MKD/DRB/DMK/sg   4/28/2010

2010R-0082

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

JERRY LUNN, Personal Representative of the
Estate of KATIE ANN LUNN, deceased,

                Petitioner,

           v.

NATIONAL RAILROAD PASSENGER
CORPORATION and CANADIAN
NATIONAL RAILWAY,

                Respondents.

No.

**10CH18424**

**PETITIONER'S EMERGENCY BILL OF DISCOVERY**

Petitioner, JERRY LUNN, Personal Representative of the Estate of KATIE ANN LUNN,

by her attorneys, CORBOY & DEMETRIO, P.C., Petitions this Court for an Emergency Bill of

Discovery and in support thereof, states:

1.      On Friday, April 16, 2010, KATIE ANN LUNN was operating her vehicle at a

railroad crossing located at Stuenkel Road in University Park, Illinois when the vehicle was

struck by an Amtrak train, resulting in KATIE ANN LUNN's death.

2.      On information and belief, Respondent, AMTRAK, had a camera on the aforesaid

train that recorded the incident.

3.      On information and belief, on April 16, 2010, Respondent, CANADIAN

NATIONAL RAILWAY, performed maintenance on the aforesaid railroad crossing and disabled

the grade crossing protection system, including flashing lights and gates.

4.      In order to preserve, protect and investigate all aspects of any and all causes of

action arising from the death of KATIE ANN LUNN, it is necessary that Petitioner have access

to any and all video of the aforesaid events and all documentation of any and all work done at the subject crossing.

5.      Based on the foregoing, Petitioner prays for the entry of an Order requiring the immediate preservation of and subsequent production by Respondents, within twenty-one (21) days, of the following:

a)      Any and all photographs, videos or other form of media, of the premises in question for the day of the crash, including but not limited to the video of the actual crash;

b)      Any and all records pertaining to any and all inspections and work conducted at the subject crossing on April 16, 2010;

c)      The event recorder readout from the Amtrak train for five miles prior to and through the crash;

d)      Any and all communications, whether written, e-mail or any other form, pertaining to any and all maintenance work done at the subject crossing for one month prior and up to the time of the occurrence;

e)      A list of the names and addresses of all individuals who conducted or participated in work done at the crossing on the grade crossing protection system on April 16, 2010;

f)      All records and readouts from the grade crossing protection system recorder for the subject crossing for the 24 hour period leading up to and including the subject crash;

g)      All data downloads for the subject grade crossing protection system.

6.      Petitioner additionally prays for leave to issue subpoenas to investigatory agencies for reports, statements, photographs and videos relating to the aforesaid crash.

2

WHEREFORE, Petitioner prays for the entry of an Order granting the aforesaid relief.

Respectfully submitted,

Thomas A. Demetrio
Michael K. Demetrio
David R. Barry, Jr.
Daniel M. Kotin
Attorneys for Petitioner
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
Suite 2100
Chicago, Illinois  60602
312-346-3191
Firm I.D. No. 02329

3

#02329   TAD/MKD/DRB/DMK/sg   4/28/2010                                      2010P-0082

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

JERRY LUNN, Personal Representative of the
Estate of KATIE ANN LUNN, deceased,

                              Petitioner,

                    v.                                    No.

NATIONAL RAILROAD PASSENGER
CORPORATION and CANADIAN
NATIONAL RAILWAY,

                              Respondents.

### AFFIDAVIT

I, Michael K. Demetrio, of Corboy & Demetrio, P.C., attorney for Petitioner, JERRY

LUNN, Personal Representative of the Estate of KATIE ANN LUNN, by am familiar with the

facts as set forth in the Emergency Bill of Discovery.

Based upon my limited investigation to date, I state, under oath, that all of the allegations

contained in Petitioner's Emergency Bill of Discovery are true and correct to the best of my

knowledge.

                                          _____
                                          Michael K. Demetric

SUBSCRIBED and SWORN to before me
this 28th day of April, 2010.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MAUREEN T. McINTYRE
Notary Public, State of Illinois
My Commission Expires 11-30-2012

CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
Suite 2100
Chicago, Illinois  60602
312-346-3191
Firm I.D. No. 02329